# In the United States Court of Federal Claims

No. 06-884 T
(E-Filed: February 20, 2007)

| | |
|---|---|
| S. ANDREW SCHAFFER | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

In order to promote docket efficiency and the efficient administration of justice, and with the agreement of the transferor and transferee judges, it is hereby ORDERED, pursuant to Rule 40.1(b) of the Rules of the Court of Federal Claims, that this case be TRANSFERRED to Judge Margaret M. Sweeney.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge